# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CYNTHIA JORDAN AND ANTONY SALAZAR** | § § | |
| *Plaintiffs,* | § | CIVIL ACTION NO. _____ |
| v. | § § | JURY |
| **STATE FARM LLOYDS** | § | |
| *Defendant.* | § | |

## INDEX OF MATTERS FILED

1. **Civil Cover Sheet**

2. **Defendant State Farm Lloyds' Notice of Removal**

3. **Exhibit A**

    **Index of Matters Filed**

4. **Exhibit B**

    **Plaintiffs' Original Petition naming State Farm Lloyds, Inc. and State Farm**
    **Citation and Return of Service**
    **Plaintiffs' First Amended Petition naming State Farm Lloyds**
    **Defendant State Farm Lloyds' Original Answer**
    **Docket Sheet**